IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-CR-30001 |
| | ) | |
| **PAULA KLAUSTERMEIER,** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

**SUE E. MYERSCOUGH, U.S. District Judge.**

On February 24, 2020, the Court held a Final Pretrial Conference with the parties and counsel of record, at which time the proposed jury instructions were discussed. The Court made the following rulings.

The Court reserved ruling on the Government's Instruction Nos. 8, 9, 10A, 10B, 11, 12, 13, 14, 16, 20, and 21.

The Court reserved ruling on the Government's Instruction No. 15 and amended the second to last sentence, which states, "Rather, she is on trial for mail fraud and perjury," by striking "and perjury."

The Court reserved ruling on the Government's Instruction No. 19.  The Government indicated that an amended version will be filed to include additional language.

The Court reserved ruling on the Government's Instruction No. 23 and amended the instruction to replace "mails" with "mail."  The Government indicated that it may submit an amended version.

The following instructions are given with no objection or amendment: Government's Instruction Nos. 2, 4, 5, 6, 7, 17, 24, 25, 26, 28, 30, 31, 32, and 33.

The Court's Instruction Nos. 1, 2, and 3 are given with no objection or amendment.

The Government's Instruction No. 1 is given, as amended, with no objection.  The Court amended paragraph 1 to insert "each of" before ". . . you a copy of these instruction to use in the jury room."

The Government's Instruction No. 2 is given, as amended, with no objection.  The Court amended the instruction by removing any reference to the grand jury.  After "Count I (Mail Fraud)" the language "THE GRAND JURY CHARGES:" was struck.  In Count 2, paragraph 1 was amended to state, "Paragraphs 1 through 5 of Count 1 of this indictment are re-alleged and incorporated as

though fully set forth herein."  In Count 3, paragraph 1 was amended to state, "Paragraphs 1 through 5 of Count 1 of this indictment are re-alleged and incorporated as though fully set forth herein."

The Government's Instruction No. 18 is given, as amended, with no objection.  The reference to "Mails" was amended to "Mail" on page 1.  On page 2, paragraph 1 was amended from ". . . beyond a reasonable doubt, then you should find the defendant guilty of the charge you are considering" to ". . . beyond a reasonable doubt as to the charge you are considering, then you should find the defendant guilty of that charge."

The Government's Instruction No. 22 is given, as amended, with no objection.  Instead of the reference "he/she," the Instruction was amended to state "she."

The Government's Instruction No. 27 is given, as amended, with no objection.  Amendments were made by striking references to "he" and "his."

The Government's No. 29 Instruction is given, as amended, with no objection.  An amendment was made to the third paragraph of page 1 to read, ". . . the Court will read the verdicts aloud."

**IT IS THEREFORE ORDERED:**

(1) The Government is DIRECTED to re-file its jury instructions consistent with the Court's rulings and email a copy of the instructions in Word format to the Court by the end of the day on February 26, 2020.

**ENTERED: February 25, 2020**

**FOR THE COURT:**

    *s/Sue E. Myerscough*
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**